UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

BRIAN CHAN, CHRISTOPHER CABANILLA, CHUN H. LIU, JOHN SCOTTO, DANIEL VACCARO, DAVID CHEUNG, DOMINICK CELANO, PHILIP CELANO, EDWARD CHEUNG, PETER CHEUNG, KENNY YEUNG, LOUIS DISTEFANO, HELEN DOUGHERTY, JAROSLAW KUZNICKI, JOHN GILMORE, JOSE A. DIAZ, KEVIN GRANDE, KIEN LEE, LENNY CESARE, MAGDALENA CABANILLA, ROBERT BUSH, MICHAEL TALIERCIO, MICHAEL RADOVICH, DRAGAN RADNOVICH, PHILIP CESARE, PHILIP MARCHESE, PHILIPPE CABANILLA, STEPHEN PETROGLIA, TIM CHAN, TOMMY PENG, VICKI PENG, VICTOR CHAMORRO, and VINCENT MUSTACCHIA,

Civil Action No.: 17-CV-6473-ALC

Plaintiffs,

-against-

BIG GEYSER, INC., LEWIS HERSHKOWITZ, GERARD A. REDA, LYNN HERSHKOWITZ, STEVEN HERSHKOWITZ, ERIC CELT, RON GENOVESE, MIKE WODISKA, KAYTE MOONEY, and DENNIS TOMPKINS,

Defendants.

-------------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the annexed Declaration of Jeffrey W. Brecher, Esq. in Support of Defendants' Motion to Dismiss the Amended Complaint and the exhibits attached thereto; Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint; and, upon all the pleadings and proceedings herein, Defendants BIG GEYSER, INC., LEWIS HERSHKOWITZ, GERARD A. REDA, LYNN HERSHKOWITZ, STEVEN HERSHKOWITZ, ERIC CELT, RON GENOVESE, MIKE WODISKA, KAYTE MOONEY, and DENNIS TOMPKINS will move this Court at such date and time designated by the Court, before

Hon. Andrew L. Carter at the United States District Court for the Southern District of New York, 40 Foley Square, Room 1306, New York, New York 10007, for an order granting Defendants' motion to dismiss the Amended Complaint pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court may deem just and proper.

Dated: Melville, New York
November 22, 2017

Respectfully submitted,

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Ste. 250
Melville, New York  11747
(631) 247-0404

By: _____s/_____
JEFFREY W. BRECHER
ALEX VILLANELLA
HEATHER HILI

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2017, I caused a true and correct copy of the enclosed **DEFENDANTS' NOTICE OF MOTION TO DISMISS** attached thereto to be electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

Susan E. Galvão, Esq.
Stephen J. Brown, Esq.
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, New York 10601
Tel: (914) 287-6193

Stephen J. Brown, Esq.
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, New York 10601
Tel: (914) 287-6191

s/
_____
JEFFREY W. BRECHER, ESQ.

4830-9393-4934, v. 1