# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville NY 11747
Tel 631-247-0404
Fax 631-247-0417
www.jacksonlewis.com

ALBANY, NY; ALBUQUERQUE, NM; ATLANTA, GA; AUSTIN, TX; BALTIMORE, MD; BIRMINGHAM, AL; BOSTON, MA; CHICAGO, IL; CINCINNATI, OH; CLEVELAND, OH; DALLAS, TX; DAYTON, OH; DENVER, CO; DETROIT, MI; GRAND RAPIDS, MI; GREENVILLE, SC; HARTFORD, CT; HONOLULU, HI*; HOUSTON, TX; INDIANAPOLIS, IN; JACKSONVILLE, FL; KANSAS CITY REGION; LAS VEGAS, NV; LONG ISLAND, NY; LOS ANGELES, CA; MADISON, WI; MEMPHIS, TN; MIAMI, FL; MILWAUKEE, WI; MINNEAPOLIS, MN; MONMOUTH COUNTY, NJ; MORRISTOWN, NJ; NEW ORLEANS, LA; NEW YORK, NY; NORFOLK, VA; OMAHA, NE; ORANGE COUNTY, CA; ORLANDO, FL; PHILADELPHIA, PA; PHOENIX, AZ; PITTSBURGH, PA; PORTLAND, OR; PORTSMOUTH, NH; PROVIDENCE, RI; RALEIGH, NC; RAPID CITY, SD; RICHMOND, VA; SACRAMENTO, CA; SALT LAKE CITY, UT; SAN DIEGO, CA; SAN FRANCISCO, CA; SAN JUAN, PR; SEATTLE, WA; ST. LOUIS, MO; TAMPA, FL; WASHINGTON DC REGION; WHITE PLAINS, NY

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 631-247-4652
MY EMAIL ADDRESS IS: BRECHERJ@JACKSONLEWIS.COM

January 9, 2020

**MEMO ENDORSED**

**VIA ECF and E-MAIL (ALCarterNYSDChambers@nysd.uscourts.gov)**
Honorable Andrew Carter
United States District Judge
United States District Court
For the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-13-20

Re: <u>Chan et al v. Big Geyser, Inc. et al, 17-cv-6473(ALC)(SN)</u>

Dear Judge Carter:

The parties are jointly writing to advise the Court that following a mediation held yesterday, the vast majority of the parties have agreed to settle all claims in the case, subject to the Court's approval of claims brought under the Fair Labor Standards Act (FLSA). A settlement term sheet, containing the principal terms, has been executed by 23 Plaintiffs, and the remaining seven Plaintiffs are expected to sign by the middle of next week. The parties will file a request for court approval of the FLSA settlement within 14 days of all parties execution of the term sheet. Accordingly, the parties request that the Court adjourn all deadlines set by the court for the filing of motions for summary judgment and any other outstanding deadlines, pending the approval of the settlement. Thank you for your attention to this matter.

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
1-13-20

Respectfully submitted,
JACKSON LEWIS P.C.

By: S/
Jeffrey W. Brecher

cc: Susan E. Galvão, Esq. (via email - SGalvao@bpslaw.com)
Stephen J. Brown, Esq. (via email - sbrown@bpslaw.com)