USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
BRIAN CHAN et al ,

                         Plaintiff,

      -against-

BIG GEYSER, INC., et al,

                         Defendants.
------------------------------------------------------------ x

1:17-cv-6473 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the parties' settlement agreements and accompanying joint motion to approve the revised settlement agreement, filed March 2, 2020. (ECF Nos. 320, 321) Having reviewed the settlement agreements, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds them to be fair and reasonable, and approves the settlements. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:   March 25, 2020
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**